HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JOHN ROBERT DEMOS, JR.,

       Plainitff,

    v.

THE GOVERNMENT
ACCOUNTABILITY OFFICE, *et al.*,

       Defendants.

CASE NO. 2:26-cv-00235-RAJ

ORDER

The Court, having reviewed the Report and Recommendation of Magistrate Judge David W. Christel, Plaintiff's objections to the Report and Recommendation, and the remaining record, does hereby find and ORDER:

    (1)    The Court **ADOPTS** the Report and Recommendation.

    (2)    Plaintiff's proposed complaint (Dkt. # 1) is **DISMISSED**, and Plaintiff's request for *in forma pauperis* ("IFP") status (Dkts. # 1, 3) is **DENIED**, and this case is closed.

//

//

ORDER – 1

(3)    The Clerk is directed to send copies of this Order to Plaintiff and to the Hon. David W. Christel.

Dated this 23rd day of February, 2026.

The Honorable Richard A. Jones
United States District Judge

ORDER – 2